**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00054-CV**

_____

**$10,970.00 IN UNITED STATES CURRENCY (DONALD BARNES),**
**Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. 24DCCV1595**

_____

**MEMORANDUM OPINION**

On November 12, 2024, Appellant Donald Barnes filed a notice of appeal from a judgment signed on October 10, 2024, from the 136th District Court. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued a Bill of Costs for the filing fee for the appeal. By letter dated March 28, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter and Bill of Costs previously forwarded to Appellant. A Certified Bill of Costs for the filing

1

fee was enclosed and provided to Appellant. We warned Appellant in our letter, dated March 28, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Monday, April 7, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

Appellant has not paid the filing fee for the appeal. Appellant did not file a statement of inability to pay costs in this matter and has not shown that he is entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id.* 42.3(c). We dismiss the appeal for want of prosecution. *See id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 23, 2025
Opinion Delivered April 24, 2025

Before Golemon, C.J., Johnson and Wright, JJ.

2